■ In the Matter of FRANK CLAY, Respondent. PRESENTMENT AGENCY, CORPORATION COUNSEL OF CITY OF NEW YORK, Appellant.—Appeal from order of the Family Court of the State of New York, New York County (Elrich Eastman, J.), entered on September 19, 1985, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Sandler, Carro, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEVELAND TERRY, Appellant.—Judgment, Supreme Court, New York County (Jeffrey Atlas, J., at plea and sentence; Walter M. Schackman, J., at suppression hearing), rendered on September 12, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Ross, Fein, Milonas and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR WHITE, Appellant.—Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on December 13, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Ross, Fein, Milonas and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY GRAVES, Appellant.—Order, Supreme Court, Bronx County (Walter Schackman, J.), entered on or about April 22, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Ross, Fein, Milonas and Wallach, JJ.